UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

OMAR RASHAD POUNCY,

        Plaintiff,

v.

JEREMY BUSH, et al.,

        Defendants.
_____/

Case No. 1:23-cv-280

Honorable Phillip J. Green

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  May 4, 2023             /s/ Phillip J. Green
                                                PHILLIP J. GREEN
                                                United States Magistrate Judge